UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED WILSON,

    Plaintiff,

v.

ROBERT FOX, et al.,

    Defendants.

Case No. 16-cv-00087-DMR (PR)

**ORDER OF TRANSFER**

On January 7, 2016, Plaintiff, an inmate at the California Medical Facility ("CMF"), filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff has also submitted an *in forma pauperis* application. Dkt. 2. Plaintiff has consented to magistrate judge jurisdiction in this action. Dkt. 4.

A review of Plaintiff's case reveals that he has initiated his civil action in the wrong judicial district. The acts complained of occurred at CMF in Vacaville, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

Any remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: February 3, 2016

DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT FOX, et al.,<br><br>    Defendants. | Case No.  4:16-cv-00087-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2016, I SERVED a true and correct copy(ies) of the Order of Transfer, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Wilson
AM3573
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: February 3, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2